UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                               Case No.  3:24-cr-49/TKW

**ISRAEL GRANADOS-MEDRANO,**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ISRAEL GRANADOS-MEDRANO**,** to Count One of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

    **DONE and ORDERED** this 22nd day of August, 2024.

                                                                  _____
                                                                  **T. KENT WETHERELL, II**
                                                                  **UNITED STATES DISTRICT JUDGE**